agreed to at the time of the delivery of the assignment. Swift v. Hart, 35 Hun, 128; Paper Co. v. O'Dougherty, 36 Hun, 79. Judgment affirmed, with costs.

MORRIS, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Laurella Morris, as administratrix, etc., against the Lake Shore & Michigan Southern Railway Company. No opinion. Judgment and order appealed from affirmed.

MUENCH, Appellant, v. GLOBE FIRE INS. CO., Respondent. (Common Pleas of New York City and County, General Term. August 1, 1894.) Action by Ludwig T. Muench against the Globe Fire Insurance Company. William McArthur, for appellant. Cardozo & Nathan, for respondent. No opinion. Motion for leave to appeal to court of appeals denied, with costs. See 28 N. Y. Supp. 563.

MUMFORD, Appellant, v. CROUCH et al., Respondents. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by William W. Mumford, as receiver, etc., against George W. Crouch and Frank P. Crouch. No opinion. Judgment appealed from affirmed, with costs.

MURPHY, Appellant, v. NEW YORK, L. E. & W. R. CO., Respondent. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by George C. Murphy against the New York, Lake Erie & Western Railroad Company. No opinion. Order appealed from affirmed, on the opinion of this court in same case. 62 Hun, 587, 17 N. Y. Supp. 302.

NASON MANUF'G CO., Respondent, v. POCANTICO WATERWORKS CO., Appellant. (Supreme Court, General Term, First Department. June 15, 1894.) Action by the Nason Manufacturing Company against the Pocantico Waterworks Company. A. Perry, for appellant. C. D. Brower, for respondent. No opinion. Judgment affirmed, with costs.

In re NATIONAL ELECTRIC MANUF'G CO. (Supreme Court, General Term, Third Department. July 14, 1894.) Proceeding for the voluntary dissolution of the National Electric Manufacturing Company of New York. No opinion. Order affirmed, with $10 costs and printing and other disbursements.

NEW YORK CENT. & H. R. R. CO., Appellant, v. TRUSTEES OF VILLAGE OF CANANDAIGUA, Respondent. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by the New York Central & Hudson River Railroad Company against the trustees of the village of Canandaigua. No opinion. Judgment appealed from affirmed, with costs.

O'BRIEN et al., Respondents. v. BLAUT et al., Appellants. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Miles M. O'Brien and another, receivers, etc., against Joseph F. Blaut and others. L. Marshall, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and case sent back to special term for further action.

O'BRIEN et al., Respondents, v. OTTENBURG et al., Appellants. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Miles M. O'Brien and another, receivers, etc., against Simon Ottenburg and others. L. Marshall, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and case sent back to special term for further action. For decision at special term, see 28 N. Y. Supp. 605.

O'BRIEN, Appellant, v. SMITH, Respondent. (Supreme Court, General Term, First Department.

April 13, 1894.) Action by Michael O'Brien against Robert J. Smith. E. W. S. Johnson, for appellant. W. Hughes, for respondent. Opinion per curiam; not published, by order of the court. Judgment affirmed, with costs.

In re O'BRIEN'S WILL. (Supreme Court, General Term, Third Department. July 14, 1894.) Proceeding for the probate of the last will, etc., of William O'Brien, and the settlement of the accounts of Thomas O'Brien and others. No opinion. Decree affirmed, without costs.

O'CONNELL, Respondent, v. LEE, Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by John O'Connell against George A. Lee. No opinion. Motion to strike case from the calendar and for affirmance granted on default.

PARKER et al., Respondents, v. BOWMAN, Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Edward F. Parker and another against Mary J. Bowman. No opinion. Judgment appealed from affirmed.

PECK v. DIETERICH et al. (Supreme Court, General Term, Third Department. July 14, 1894.) Appeal from Schenectady county court. Action by Arthur R. Peck against Johanna Dieterich and another, as executors of Lewis C. Dieterich, deceased. From a judgment affirming a judgment of the justice of the peace, plaintiff appeals. Affirmed. Jacob W. Clute, for appellant. Walter Briggs, for respondents.

MAYHAM, P. J. While the order for the cash register, signed by the defendant, referred to a sample machine exhibited to him at the time of signing the same, it also contained a provision that the register was to be delivered in good working condition. There was evidence before the jury from which they could reasonably find that that provision of the order was not complied with. The jury having reached that conclusion by their verdict, we think the county court was right in affirming the judgment entered upon this verdict, within section 3063 of the Code of Civil Procedure. Judgment affirmed, with costs.

PEOPLE ex rel. EQUITABLE GAS CO. v. BARKER et al. (Supreme Court, General Term, First Department. April 13, 1894.) Order affirmed, without costs. Opinion by VAN BRUNT, P. J.
The opinion in this case was withdrawn.

PEOPLE ex rel. KOCH v. BOARD OF EXCISE OF TOWN OF NORTH CASTLE. (Supreme Court, General Term, Second Department. July 27, 1894.) Proceeding on the relation of John Koch against the board of excise of the town of North Castle. No opinion. Order affirmed.

PEOPLE v. BYRNES et al. (Common Pleas of New York City and County, General Term. August 1, 1894.) Motion by Michael Byrnes, principal, and Patrick Rice, surety, to vacate judgment entered on forfeited recognizance. John R. Fellows, for the People. Marston & Eilau, for defendants.
PER CURIAM. This application is not accompanied by a certificate of the district attorney to the effect that the people have not been prejudiced. Application denied, with leave to renew.

PEOPLE ex rel. SCUDI, Appellant, v. DALTON et al., Respondents. (Supreme Court, General Term, First Department. April 13, 1894.) R. L. Turk, for appellant. Edward Browne, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. KELLY, Appellant, v. EXAMINING BOARD OF PLUMBERS, Respondent. (Supreme Court, General Term, First Department. April